No. 02–7277.  McGee v. Moore, Superintendent, Monroe Correctional Complex.  C. A. 9th Cir.  Certiorari denied.

No. 02–7278.  Lace v. Wisconsin.  Ct. App. Wis.  Certiorari denied.

No. 02–7279.  LeBar v. Waddington, Superintendent, Stafford Creek Corrections Center.  C. A. 9th Cir.  Certiorari denied.

No. 02–7283.  Williams v. North Carolina.  Sup. Ct. N. C.  Certiorari denied.

No. 02–7286.  Hernandez v. Wiley, Warden, et al.  C. A. 9th Cir.  Certiorari denied.

No. 02–7292.  Box v. Kemna, Superintendent, Crossroads Correctional Center.  C. A. 8th Cir.  Certiorari denied.

No. 02–7293.  Brown v. Lakeside Dental Care.  C. A. 5th Cir.  Certiorari denied.

No. 02–7294.  Peek v. Moore, Secretary, Florida Department of Corrections.  C. A. 11th Cir.  Certiorari denied.

No. 02–7295.  Burgess v. Carmichael et al.  C. A. 9th Cir.  Certiorari denied.

No. 02–7296.  Tedesco v. Berthiame et al.  C. A. 11th Cir.  Certiorari denied.

No. 02–7297.  Thirkield v. Pitcher, Warden.  C. A. 6th Cir.  Certiorari denied.

No. 02–7298.  Washington v. Cain, Warden.  C. A. 5th Cir.  Certiorari denied.

No. 02–7299.  Murphy v. Mississippi.  Ct. App. Miss.  Certiorari denied.

No. 02–7300.  Salazar v. Florida.  Dist. Ct. App. Fla., 3d Dist.  Certiorari denied.

No. 02–7302.  Sartori v. Angelone, Director, Virginia Department of Corrections.  C. A. 4th Cir.  Certiorari denied.